United States District Court
Eastern District of Wisconsin

Precious Shirley Badran
409 S. 94 Pl, lower unit
PO Box 250821 Mil WI
53225, Mail. Address.

(Full Name of Plaintiff or Plaintiffs)

vs

City of Milwaukee WI
County Sheriff department
821 West State 53233 Room 107 and
The City Treasure office
200 east Wells City Hall Mil, WI 53202
(Full Name of Defendant or Defendants)
and US Bank 1665 Plam Beach lakes Boulevard West palm Beach fl 33401. Blommer Peterman SC 13700 W Greenfield Avenue 53005

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'09 JAN 29 P2:01

JON W. SANFILIPPO
CLERK

No. 09-C-0098
(Supplied by Clerk)

COMPLAINT

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?

☐ YES ☒ NO this is my first Lawsuit

B. Have you begun other lawsuits in state or federal court?

☐ YES ☒ NO this Is my first Federal law suit

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

1. Parties to the previous lawsuit

Plaintiff(s) Precious S. Badran

Defendant(s) US Bank (Not fild Just on Paper)

2. Court in which lawsuit brought (if federal court, name district: if state court, name the county) Milwaukee county, was not right thoug

3. Docket number dont have one it was Just on Paper Not going to go through with that one.

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?

5. Approximate date of filing lawsuit

6. Approximate date of disposition

## I. PARTIES

A. Your name (PLAINTIFF) Precious S Badran
mail address Po Box 250821 milwaukee WI, 53225

B. Your Address 409 S 94 Pl. milwaukee WIS 53225

(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) City of milwaukee WI, Sheriff, The city Treasure office,

D. Defendants address 821 W State, Room 107, MilWI, 53202
200 east well, milWI, 53202, US Bank 1665 Plam beach lakes Bloulevard west Plam beach Fl, 33401

E. Additional DEFENDANTS (names and addresses)

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate ***numbered*** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

CIVIL RIGHTS COMPLAINT
PRO SE FORM
PAGE 3

Dis Regard. First page
to many mistakes PB

Begin statement of claim: State ment By Precious S Badran

the city Sold my House as I put

IN the amended filed on Jan 29 2008 with

cleark of court

PB since the day my Real Property was taken

Attachment
( ) old motion to ReOPEN Statment I

PB this Statment as PB follow

the City Along with the Sheriff department

and US Bank, as Listed IN the Motion to Reopen

Dis Reard this first Page!

Precious. Badran

Begining Statment.

TATEMENT OF CLAIM CONTINUED

My Real Property was Stolen: By the city due to false document documentation! and sold

On the Part of the Defendants" City of milwaukee Sheriff

department, the City treasure office,

and 'US Bank', Play A 'maybor Factor

Factor 1.)

In me loosing of my house! Real Property tax key 284-0416

11/12/2007 Real Property was Sold

Because the City Said No one was Paying

the taxes on the Real Property

Do to misleading Evidence Presented by

Defendent, as inthestate, IN A Reasonble Sale, of Property

For Reason being

to motion to Re open, states where Being

Pay By the Plaintiff, the Real Property owner

Precious Shirley Badran: tax key 284-04163

Factor 2.)

US Bank Presented IN to Evidence

A false and misleadng Documention involving

~~[illegible]~~ PSB A non legal Deed A fasle deed,

I Precious Shirley Badran at the time of Sale

was the only legal Deed Hold of So Said Real

Property 1414 West Concordia ave. I Precious Badran.

Held no morgage, 4.) Attactment, A old motion to Reopen to will Clearfie this Statment, Date on Jan 29 2008

and the Reason I'm wrighting this today on Jan 29 200

I co[illegible] [illegible] this case.

[illegible] Attactments Legal Deed: [illegible] [illegible]

TATEMENT OF CLAIM CONTINUED

Attachments

1) OCwen loan Sericing LLC No: 01805957 Check

2) 2007 City of milwaukee tax bill after the fact.

3) Sheriff sales, Plaintiff (US Bank)

4) old motion to Re open Case to Clarifide Statment.

5) witness to me, Preious $ Badran As Real Property owner and what was said on the day I was told the ocwen Payed my taxe for me and fo me to contact OCwen too fix the mix up.

6) A Copy of the Real Deed at the time of sale: of Real Property 1414 W Concordia Ave mil, WI, 53225 Tax key Code 284-0416-3 At the time of sale It was Vaule at 51,150.00

END STATEMENT OF CLAIM

## /. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases r statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY O REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space rovided. The court strongly disapproves of requesting remedies outside the space provided.

I ask Precious Shirley Badran: you the courts for 151,150.00, for the Real Property tax key code 284-0416-3 1414 W Concordia Ave being it all natural wood OAK wood Cherry wood through the entire home, and A 100 year birthday In 2010 to become a know landmark of Real Property. Due to the loose the unlawful seizures, clearly falsifying documents IN any court IS A crime

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this Jan day of 29, 2009.

Precious S Badran

409 S 9 4 Pl, lower unit,
PO Box 250821 Milwaukee WIS 532

(Signature of Plaintiff(s))

WELLS FARGO **Stops - Images - Search®**

Close

Image

Image Front:

**OCWEN LOAN SERVICING LLC**
ESCROW DISBURSEMENT ACCOUNT
1661 WORTHINGTON ROAD - SUITE 100
WEST PALM BEACH, FL 33409
1-800-74-OCWEN

JPMORGAN CHASE BANK, N.A.
712 MAIN AT RUSK
HOUSTON, TX 77002

NO. 01805957

DATE 10/25/07 AMOUNT $*****1,720.01

PAY ONE THOUSAND SEVEN HUNDRED TWENTY DOLLARS AND 01 CENTS ******************************

VOID AFTER 180 DAYS
TWO SIGNATURES REQUIRED OVER $10,000.00

TO THE ORDER OF
MILWAUKEE CITY
200 E WELLS ST - ROOM 103
MILWAUKEE ,WI 532023539

⑈01805957⑈ ⑆111300880⑆ ⑈06300068304⑈

Image Back:

FOR DEPOSIT ONLY AT THE
WELLS FARGO BANK FOR CREDIT
TO CITY OF MILW OPERATING ACCT
WAYNE F. WHITTOW-CITY TREASURER
Receipt No.100297982 10/30/07
Teller ID=Easwaln2210002
0010 Delinquent Real Estate-Tax
Tax Key: 284-0416-000-3 (0)
CK 1805957 $1,720.01

**Item Details**

**Deposit Details**

Routing Number: **075911988**
Customer Reference #: **5159**

Account Number/Account Name: **2483754301/operating account**
Amount: **$ 420,428.92**
Posting Date: **10/30/2007**
Item Sequence Number: **003750129043**

**Deposited Item Details**

Maker Routing Number: **11130088**
Maker Serial Number: **1805957**
Deposited Item Amount: **$ 1,720.01**

Maker Account Number: **00000006300068304**
Description: **Check Deposited**
Capture Order #: **313**

© Copyright 2002 - 2007 Wells Fargo. All rights reserved.

## 2007 CITY OF MILWAUKEE COMBINED PROPERTY TAX BILL

ACCOUNT TYPE: REAL ESTATE
TAX KEY/ACCOUNT NO: 284-0416-3
LOCATION OF PROPERTY: 1414 W CONCORDIA AV
LEGAL DESCRIPTION: PLAT PAGE 284-09 NEIGHBORHOOD 2850
CONTINUATION OF TEUTONIA HEIGHTS IN SE 1/4 SEC 7-7-22
BLOCK 6 W 40' (LOTS 55,56,57 + S 16.29' OF LOT 54)

**WAYNE F. WHITTOW**
**CITY TREASURER**
CITY HALL, ROOM 103
200 EAST WELLS STREET
MILWAUKEE, WISCONSIN 53202
TELEPHONE: (414) 286-2240
TTY: (414) 286-2025
FAX: (414) 286-3186

PRECIOUS S BADRAN
P O BOX 250821
MILWAUKEE, WI 53225-6513

| Class | Assessment-Land | Assmt.-Improvements | Total Assessment |
|---|---|---|---|
| RES | 2,700 | 46,200 | 48,900 |
| **Average Assessment Ratio** | **Est. Fair Mkt Land** | **Est. Fair Mkt Improvements** | **Total Estimated Fair Market** |
| 0.9231 | 2,900 | 50,000 | 52,900 |

**School taxes reduced by school levy tax credit** 70.12

| Detail of Special Assessments and Other Charges | |
|---|---|
| DELQ CITY SERVICES | 292.00 |
| DELQ CITY SEWER | 188.23 |
| HEALTH ABATEMENT | 109.00 |
| DELINQUENT WATER | 294.65 |
| **TOTAL** | 883.88 |

| Tax Levy | 2006 Est. State Aids Allocated to Tax District | 2007 Est. State Aids Allocated to Tax Districts | 2006 Net Tax | 2007 Net Tax | % Tax Change |
|---|---|---|---|---|---|
| State of Wis. | | | 9.14 | 9.00 | -1.5 |
| Sewerage Dist. | | | 67.82 | 68.02 | +0.2 |
| Public Schools | 718,004,932 | 710,017,575 | 331.35 | 362.21 | +9.3 |
| Tech. College | 10,472,339 | 10,022,630 | 92.32 | 94.08 | +1.9 |
| County Govt. | 29,414,346 | 29,509,282 | 204.60 | 206.46 | +0.9 |
| City Govt. | 262,856,715 | 261,262,353 | 390.91 | 391.44 | +0.1 |
| Total | 1,020,748,332 | 1,010,811,840 | 1,096.14 | 1,131.21 | +3.1 |
| Lottery and Gaming Credit | | | -96.67 | -86.51 | -10.5 |
| Net Property Tax | | | 999.47 | 1,044.70 | +4.5 |
| Special Assessments and Charges | | | | 883.88 | |

**WARNING:** If the first installment payment is not paid by the due date, the installment option is lost. The total tax becomes delinquent and is subject to interest and penalty charges.

**TOTAL DUE** 1,928.58

| | | | | |
|---|---|---|---|---|
| Monthly Installment Payment Due: February through July 2008 | 144.50 | Net Assessed Value Rate Before Lottery Credit | FULL PAYMENT DUE ON OR BEFORE JAN. 31, 2008 | 1,928.58 |
| Monthly Installment Payment Due: August, September, and October 2008 | 109.27 | 23.133 | FIRST INSTALLMENT PAYMENT DUE ON OR BEFORE JAN. 31, 2008 | 733.77 |

## 2007 CITY OF MILWAUKEE COMBINED PROPERTY TAX PAYMENT COUPON

ACCOUNT TYPE: REAL ESTATE TAX KEY/ACCOUNT NO: 284-0416-3
LOCATION OF PROPERTY: 1414 W CONCORDIA AV

____ CHECK FOR ADDRESS CHANGE
____ PAID UNDER PROTEST

Make Check Payable and Mail to:
**WAYNE F. WHITTOW**
**CITY TREASURER**
**BOX 78776**
**MILWAUKEE, WI 53278-0776**

| | |
|---|---|
| FULL PAYMENT DUE ON OR BEFORE JAN. 31, 2008 | 1,928.58 |
| FIRST INSTALLMENT PAYMENT DUE ON OR BEFORE JAN. 31, 2008 | 733.77 |

PLEASE WRITE IN AMOUNT ENCLOSED
$ M

PRECIOUS S BADRAN
P O BOX 250821
MILWAUKEE, WI 53225-6513

( 1)

00100803628404160003000019285800000733773

Microsoft Access - [frmSheriffSales]

File Edit View Insert Format Records Tools Window Help

Favorites Go

| Find A Specific Sale | Find an Address |
|---|---|
| Find a CaseNumber | Find a Defendant |

# Sheriff Sales

Quit

MENU

| 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | | | |

Year 2007 Sale No 72438 Sale Date 11/12/2007 21866

Plaintiff US BANK Defendant ARVILLA M. HUNTER, ET AL

Case No 05-CV-003761

Purchaser PLAINTIFF

Address 1414 WEST CONCORDIA AVENUE, MILWAUKEI Zip Code 53206

Sale Price $51,150.00 Attorney BLOMMER PETERMAN

Comment

Blommer Peterman
262-790-5719

Record: 2279 of 2680 (Filtered)

Form View FLTR NUM OVR

# Motion To Open Case # 05-CV-003761
For Non-rights Too Sale of Real Property

3 pages : page 1 of 3

AMENDED

**Dated on 01/29/08**
**Case #05-CV-003761**
**Precious Badran**
**1414 w Concordia Ave 53206**
**VS**
**The City Of Milwaukee County SHERIFF Department**
**Milwaukee WI,**
**821 west State 53233 Street room 107 &**
**The City Treasure Office**
**200 east wells City Hall Milwaukee WI. 53202**
**& US BANK 1665 Palm Beach lakes Boulevard.**
**West Palm Beach Fl 33401**
**Blommer Peterman ,sc**
**13700 w Greenfield Avenue 53005**

FILED
CIVIL DIVISION
29 2008

**Your Present Required At: Honorable Judge Di Motto**
**Courthouse Milwaukee County Court**
**Court Room 401**
**March 24th 2008 9:30 am Milwaukee WI 53202**

Their was False and Misleading Evidence Presented to the court involving I Precious S Badran
Case # 05-CV-003761
Tax for the property was being payed by (Precious s Badran) nor dose Ms. Badran have or ever held a Mortgage.
On 10/30/07, I Precious S Badran: went to city hall to Pay Off the 485.68 an to pay on "At that time in question I was Informed
by City of Milwaukee (informant Shall Be Named):
**Witness number One Richard A, Schmidt; 414.286.8810**
**Witness number: Two PO Claude Gray 414.286.0791**
**Richard A, Schmidt Informed** Ms Badran' had no bill? And if this was a mistake that it would not effect Her real property, at this time to Ms Badran was ask to contact OCWEN Loan servicing LLC, And
not to make Payments on the day of 10/30/07
For reason Listed.
10/25/07 :OCWEN Loan servicing LLC Payed Tax Bill in full
But was removed after Precious s Badran contacted (OCWEN Loan servicing LLC)
by phone, 'Being they hold no Legal rights to the real property in question, It was later to be striated out with the City on or around about the time of so said sale. 10 to 13 day later Real Property sold ; BY City Sheriff Sale dated 11/12/2007 13 days later after I was told not to pay,still With sale unknown to Ms Precious s Badran,
Received Combined Property Tax Bill in the mail ,Due On 01/31/08 But be for resuming payments, On the real property tax bill from The City it was sold.
Do to the fact that no other Person or Persons held or holds any type of legal rights to the real property 1414 west Concordia Av 53206 Tax key code 284-0416-3
AS IN NO Rights To The Sale Of Real Property; Listed to the only Owner other then.
Ms. Precious Badran DEED HOLDER Dated On 07/27/04 and Recorded with the Milwaukee County 08/24/04 holds all rights
THE CITY :HOLD NO REAL LEGAL RIGHTS TO REAL PROPERTY As in DOC.#08998907 REGISTER OF DEEDS Dated 04/25/2005 Case # 05- CV-003761)sold through The city Attorney Grant F Langley 200 east wells City Hall; holds no rights at all to sale of that Real Property. Attachments 1.) copy of deed a legal deed 2.)Ocwen Check Payed in full ( But was removed Later)
3.)Last payment made By Precious Badran 4.)Combined Property Tax Bill Due On 01/31/08 sent to Ms. Badran. 5)Signed Statement And in **Witness** to **PO Claude Gray 414.286.0791 Richard A, Schmidt; 414.286.8810** Witnesses are located City hall 103 200 east wells.

**Attachments** number 5
Signed Statement.
**Case #05-CV-003761**

I Precious S Badran Attempted To Pay In Full 485.68 On The Day Of 10/30/07 Property Tax for 1414 west Concordia Av 53206 Tax key code 284-0416-3 for the year of 2005 and to Continue pay on 2006 another 50..00 to a 100.00

________________________________________ date___/___/___
**Witness** to **Richard A, Schmidt City hall 103 200 east wells; 414.286.8810,**

P.O. C. Gray date 01/29/08
**PO Claude Gray City hall 103 200 east wells 414.286.0791**,

________________________________________ date___/___/___
**Precious S Badran PO Box 250821 Milwaukee Wi**

Witnesses are located City hall 103, 200 east wells. More then happy to **SUBPOENA**

STATE BAR OF WISCONSIN FORM 3 – 1998
QUIT CLAIM DEED

Document Number

DOC. # 08838344

REGISTER'S OFFICE | SS
Milwaukee County, WI |

RECORDED AT 02:19PM

08/06/2004

JOHN LA FAVE
REGISTER OF DEEDS.

AMOUNT: 11.00

This Deed, made between Irvin Hunter and Arvilla M. Hunter, Husband and Wife, Joint Tenents, Grantor, and Precious S. Badran, Grantee.

Grantor quit claims to Grantee the following described real estate in Milwaukee County, State of Wisconsin:

The West 40 Feet of that part of Lots 54, 55, 56, and 57 in Block 6, which lies South of a line parallel to and 110 Feet North of the South of said Lot 57, in Continuation of Teutonia Heights, being the Subdivision of part of the East 1/2 of the East 1/2 of the Southeast 1/4 of Section 7, in Township 7 North, Range 22 East, in the City of Milwaukee, County of Milwaukee and state of Wisconsin

Recording Area

Name and Return Address
Precious Badran
P.O. Box 250527
Milwaukee WI
53225

284-0416-3
Parcel Identification Number (PIN)

This is homestead property.
(is) (is not)

FEE
# 77.25 (10)
EXEMPT

Together with all appurtenant rights, title and interests.

Dated this 27th day of July, 2004.

x Irvin Hunter (SEAL)
Irvin Hunter

x Arvilla Hunter (SEAL)
ARVILLA HUNTER

Precious Badran (SEAL)
Precious Badran

(SEAL)

NOTARY PUBLIC
LATIKA J. BARMORE
STATE OF WISCONSIN

AUTHENTICATION

Signature(s) ______

authenticated this ______ day of ______, ______

*______

TITLE: MEMBER STATE BAR OF WISCONSIN

(If not, ______

ACKNOWLEDGMENT

State of Wisconsin,
Milwaukee County. } ss.

Personally came before me this 27th day of July, 2004, the above named Irvin Hunter + Arvilla Hunter
Precious Badran

______ to

me known to be the person who ...

Case 2:09-cv-00098-WEC Filed 01/29/09 Page 12 of 13 Document 1-2

in 9/24/no